United States District Court
Southern District of Texas
**ENTERED**
August 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DYLAN TAYLOR, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-13 |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## **ORDER TO CORRECT DEFICIENT PLEADINGS**

Petitioner Dylan Taylor has filed a petition for a writ of habeas corpus claiming that his sentence for having a prohibited item in a correctional facility violated the Double Jeopardy Clause. Because his prisoner trust fund account statement indicates that he has ample funds to pay the $5.00 filing fee, Taylor is **ORDERED** to correct his deficient pleadings within **thirty (30) days** of the date of this order.

Based on the financial information he submitted, Taylor must pay the filing fee of $5.00 in the form of a money order or check issued by the prison unit on his behalf from funds found in his inmate trust account, with the above-referenced case number written on it, payable to the United States District Clerk, P.O. Drawer 2300, Galveston, Texas 77553. If, and only if, his financial circumstances have changed so drastically that he cannot afford the filing fee, Taylor may file an updated application to proceed *in forma pauperis* using the attached form (or a similar form available at the prison).

<u>Taylor is advised to comply to the best of his ability. Taylor is also admonished that if he fails to comply on time, then the Court may dismiss this case for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, without further notice.</u>

The Clerk will provide a copy of this Order to the parties. The Clerk will also provide to the petitioner a copy of the standard application for leave to proceed *in forma pauperis*.

SIGNED at Galveston, Texas, this 22nd day of August, 2017.

*George C. Hanks Jr*
George C. Hanks Jr.
United States District Judge